IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TROY COBREN**                                                                                                    **PLAINTIFF**

v.                                          Case No. 4:18-cv-00912-KGB

**MIKE MAYES, Jail Administrator,**
**Yell County Detention Center,** *et al.*                                                          **DEFENDANTS**

## ORDER

Plaintiff Troy Cobren, an inmate at the Yell County Jail, filed a *pro se* complaint on December 10, 2018 (Dkt. No. 2) and an incomplete motion for leave to proceed *in forma pauperis* (Dkt. No. 1). On February 11, 2019, the Court directed Mr. Cobren to either (1) pay the $400.00 filing fee in full or (2) file a properly completed application to proceed *in forma pauperis* by March 13, 2019 (Dkt. No. 3). Mr. Cobren was advised that, if he failed to do so timely, this case would be dismissed without prejudice. Local Rule 5.5(c)(2) of the Eastern and Western Districts of Arkansas ("If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice.") A copy of the Court's February 11, 2019, Order was mailed to Mr. Cobren at his address of record.

As of the date of this Order, Mr. Cobren has not complied with the Court's Order of February 11, 2019, and the time for doing so has passed. Accordingly, this case is dismissed without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

So ordered this 6th of April, 2021.

_____
Kristine G. Baker
United States District Judge